IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_____
                                    )
**CANATELO, LLC,**                  )
                                    )
    Plaintiff,          )    CIVIL CASE NO. 15-2953(JAF)
                                    )
v.                                  )
                                    )
**ZMODO TECHNOLOGY CORP. LTD.,**    )
                                    )
    Defendant.          )
_____ )

**NOTICE OF APPEARANCE OF DAMIAN R. LAPLACA
ON BEHALF OF DEFENDANT ZMODO TECHNOLOGY CORP. LTD.**

    Kindly enter my appearance on behalf of defendant Zmodo Technology Corp. Ltd., with respect to the above-referenced matter.

                                               Respectfully submitted,

Dated: February 17, 2016                /s/ Damian R. LaPlaca_____
                                                **Damian R. LaPlaca**
                                                USDC #301411
                                                Email: dlaplaca@devinemillmet.com

                                                DEVINE MILLIMET & BRANCH, PA
                                                Attorneys for Defendant
                                                2 Oliver Street, 10th Floor
                                                Boston, MA 02109
                                                Tel.: (617) 778-7506
                                                Fax: (617) 778-7501

    I hereby certify that on this 17th day of February, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  /s/ Damian R. LaPlaca_____